# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on December 16, 2025**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | **MAGISTRATE NO.: 25-mj-289** |
| | : | |
| **RAHMANULLAH LAKANWAL,** | : | **VIOLATIONS:** |
| | : | |
| **Defendant.** | : | **18 U.S.C. § 924(b)** |
| | : | **(Transportation of a Firearm &** |
| | : | **Ammunition in Interstate** |
| | : | **Commerce with the Intent to** |
| | : | **Commit a Felony)** |
| | : | |
| | : | **22 D.C. Code §§ 2101, 4502** |
| | : | **(First Degree Murder While** |
| | : | **Armed (Premeditated))** |
| | : | |
| | : | **22 D.C. Code § 4504(b) – (4 counts)** |
| | : | **(Possession of a Firearm During a** |
| | : | **Crime of Violence or Dangerous Offense)** |
| | : | |
| | : | **22 D.C. Code §§ 401, 4502 – (3 counts)** |
| | : | **(Assault With Intent to Kill While** |
| | : | **Armed)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d)** |
| | : | **21 U.S.C. § 853(p)** |
| | : | **28 U.S.C. § 2461(c)** |

## <u>INDICTMENT</u>

The Grand Jury charges that at all times relevant to this Indictment, on or about the dates

listed below:

## COUNT ONE

Between on or about November 18, 2025, and on or about November 22, 2025, **Rahmanullah Lakanwal** did knowingly transport in interstate commerce a Smith & Wesson .357 caliber pistol, serial number DAR3669, and 25 rounds of .357 ammunition from the State of Washington to Washington D.C. with the intent to commit an offense punishable by imprisonment for a term exceeding one year, to wit: assault with intent to kill and murder.

(**Transportation of a Firearm & Ammunition in Interstate Commerce with the Intent to Commit a Felony**, in violation of Title 18, United States Code, Section 924(b))

## COUNT TWO

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal,** while armed with a firearm, purposely and with deliberate and premeditated malice, killed Sarah Beckstrom by shooting Sarah Beckstrom with a firearm, thereby causing injuries from which Sarah Beckstrom died on or about November 27, 2025.

(**First Degree Murder While Armed (Premeditated)**, in violation of Title 22, District of Columbia Code, Sections 2101 and 4502 (2001 ed.))

## COUNT THREE

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** did possess a firearm while committing the crime of First Degree Murder as set forth in Count Two of this Indictment.

(**Possession of a Firearm During Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT FOUR

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal,** while armed with a firearm, assaulted Andrew Wolfe with the intent to kill Andrew Wolfe.

(**Assault with Intent to Kill while Armed**, in violation of Title 22, District of Columbia Code, Sections 401 and 4502 (2001 ed.))

## COUNT FIVE

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** did possess a firearm while committing the crime of Assault with Intent to Kill as set forth in Count Four of this Indictment.

(**Possession of a Firearm During Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT SIX

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal**, while armed with a firearm, assaulted R.R. with the intent to R.R.

(**Assault with Intent to Kill while Armed**, in violation of Title 22, District of Columbia Code, Sections 401 and 4502 (2001 ed.))

## COUNT SEVEN

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** did possess a firearm while committing the crime of Assault with Intent to Kill as set forth in Count Six of this Indictment.

(**Possession of a Firearm During Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT EIGHT

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal**, while armed with a firearm, assaulted E.S. with the intent to kill E.S.

(**Assault with Intent to Kill while Armed**, in violation of Title 22, District of Columbia Code, Sections 401 and 4502 (2001 ed.))

## COUNT NINE

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** did possess a firearm while committing the crime of Assault with Intent to Kill as set forth in Count Eight of this Indictment.

(**Possession of a Firearm During Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts One through Five of this Indictment, the defendant, **Rahmanullah Lakanwal**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Smith & Wesson .357 caliber pistol, serial number DAR3669.

     5.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

        a.     cannot be located upon the exercise of due diligence;

        b.     has been transferred or sold to, or deposited with, a third party;

        c.     has been placed beyond the jurisdiction of the Court;

        d.     has been substantially diminished in value; or

        e.     has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

2

A TRUE BILL:


FOREPERSON


JEANINE FERRIS PIRRO
United States Attorney


By: _____
Jocelyn Ballantine
Deputy Chief, National Security Section