UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| vs. | : | CR No. 26-004 (APM) |
| RAHMANULLAH LAKANWAL, | : | |
| Defendant. | : | |

## ORDER

The Court finds that this is an extremely difficult case and it is necessary and in the interest of justice to appoint additional counsel. Therefore, the Court appoints as additional counsel in this case the Federal Public Defender for the District of Arizona, and Jacqueline Walsh, nunc pro tunc to December 29, 2025.

DATED: January 13, 2026

AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE