**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 1:26-cr-4 (APM)** |
| | **:** | |
| | **:** | |
| **RAHMANULLAH LAKANWAL,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

## <u>UNOPPOSED MOTION TO CONTINUE STATUS</u>

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court continue the May 6, 2026, status hearing in this matter for thirty days. The government conferred with Michelle Peterson, counsel to Rahmanullah Lakanwal (hereinafter, the "defendant"), who does not oppose the requested continuance. The parties have discussed dates from June 8 through June 11, 2026 for the hearing.

The parties also agree that the time between May 6, 2026, and the new date of the status hearing should be excluded from the Speedy Trial Act computation. The defense is reviewing the discovery already produced in this matter, and the government is preparing additional productions, including a substantial amount of video footage. Moreover, since the last hearing in this matter, the defendant has experienced medical complications. The requested continuance would permit him time to recover and participate more fully in the proceedings. For these reasons, the parties submit that, with respect to the requested continuance, the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

1

WHEREFORE, the government respectfully requests that the Court continue the May 6, 2026, status hearing for thirty days.

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

By:      /s/ *Ariel L. Dean*
CHRISTOPHER TORTORICE
ARIEL L. DEAN
Assistant United States Attorneys
Texas Bar No. 24048912
D.C. Bar No. 90003803
National Security Section
601 D Street, NW
Washington, D.C. 20530
Office: 202-252-6764
Email: ariel.dean@usdoj.gov

2