**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 26-CR-4 (APM)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **RAHMANULLAH LAKANWAL** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**UNOPPOSED MOTION FOR CONTINUANCE AND EXCLUSION OF**
**TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, respectfully moves this Court to continue the status conference currently

set for June 10, 2026, until June 16, 2026.   Further, pursuant to 18 U.S.C. § 3161, the parties agree

to exclude time under the Speedy Trial Act until the date of the status conference. The defendant

does not oppose this motion.

//

//

//

//

//

//

1

CONCLUSION

Wherefore, in accordance with 18 U.S.C. § 3161, the Government respectfully requests that the Court continue the status conference, currently set for June 10, 2026, until June 16, 2026, and exclude the time until June 16, 2026 under the Speedy Trial Act.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Christopher Tortorice*
Christopher Tortorice
Assistant United States Attorney
TX Bar Number 24048912
National Security Section
601 D Street, NW
Washington, D.C.   20530
Office: (202) 252-7155
Christopher.Tortorice@usdoj.gov