UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 16, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 1:26-cr-00004-APM |
| | : | |
| v. | : | |
| | : | |
| RAHMANULLAH LAKANWAL, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. §§ 1114 and 1111 |
| | : | (Murder of Person Assisting an Officer |
| | : | and Employee of the United States) |
| | : | |
| | : | 18 U.S.C. §§ 1114 and 1113 - (3 counts) |
| | : | (Attempted Murder of Person Assisting an |
| | : | Officer and Employee of the United States) |
| | : | |
| | : | 18 U.S.C. § 924(b) |
| | : | (Transportation of a Firearm and |
| | : | Ammunition in Interstate Commerce with |
| | : | the Intent to Commit a Felony) |
| | : | |
| | : | 18 U.S.C. §§ 924(c)(1)(A)(iii) and (j) |
| | : | (Discharge of Firearm During Crime of |
| | : | Violence and Causing Death of Person |
| | : | Through Use of Firearm) |
| | : | |
| | : | 18 U.S.C. § 924(c)(1)(A)(iii) - (3 counts) |
| | : | (Discharge of Firearm During Crime of |
| | : | Violence) |
| | : | |
| | : | 22 D.C. Code §§ 2101 and 4502 |
| | : | (First Degree Murder While Armed |
| | : | (Premeditated) |
| | : | |
| | : | 22 D.C. Code § 4504(b) - (4 counts) |
| | : | (Possession of a Firearm During a |
| | : | Crime of Violence or Dangerous Offense) |
| | : | |
| | : | 22 D.C. Code §§ 401 and 4502 - (3 counts) |
| | : | (Assault With Intent to Kill While |
| | : | Armed) |
| | : | |
| | : | SPECIAL FINDINGS |
| | : | 18 U.S.C. §§ 3591 and 3592 |

        :
        :   **FORFEITURE:**
        :   **18 U.S.C. § 924(d)**
        :   **21 U.S.C. § 853(p)**
        :   **28 U.S.C. § 2461(c)**

## SUPERSEDING INDICTMENT

The Grand Jury charges that at all times relevant to this Indictment, on or about the dates listed below:

## COUNT ONE

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** did unlawfully, willfully, deliberately, maliciously, and with premeditation and malice aforethought, kill Sarah Beckstrom while Sarah Beckstrom was assisting an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services) in the performance of official duties and on account of that assistance.

**(Murder of Person Assisting an Officer and Employee of the United States,**
in violation of Title 18, United States Code, Sections 1114 and 1111)

## COUNT TWO

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** did unlawfully, willfully, deliberately, maliciously, and with premeditation and malice aforethought, attempt to kill Andrew Wolfe while Andrew Wolfe was assisting an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services) in the performance of official duties and on account of that assistance.

**(Attempted Murder of Person Assisting an Officer and Employee of the United States,**
in violation of Title 18, United States Code, Sections 1114 and 1113)

## COUNT THREE

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** did unlawfully, willfully, deliberately, maliciously, and with premeditation and malice aforethought, attempt to kill R.R. while R.R. was assisting an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services) in the performance of official duties and on account of that assistance.

**(Attempted Murder of Person Assisting an Officer and Employee of the United States, in violation of Title 18, United States Code, Sections 1114 and 1113)**

## COUNT FOUR

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** did unlawfully, willfully, deliberately, maliciously, and with premeditation and malice aforethought, attempt to kill E.S. while E.S. was assisting an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services) in the performance of official duties and on account of that assistance.

**(Attempted Murder of Person Assisting an Officer and Employee of the United States, in violation of Title 18, United States Code, Sections 1114 and 1113)**

## COUNT FIVE

Between on or about November 18, 2025, and on or about November 22, 2025, **Rahmanullah Lakanwal** did knowingly transport in interstate commerce a Smith & Wesson .357 caliber pistol, serial number DAR3669, and 25 rounds of .357 ammunition from the State of Washington to Washington D.C. with the intent to commit an offense punishable by imprisonment for a term exceeding one year, to wit: assault with intent to kill and murder.

**(Transportation of a Firearm & Ammunition in Interstate Commerce with the Intent to Commit a Felony, in violation of Title 18, United States Code, Section 924(b))**

3

## COUNT SIX

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** knowingly used, carried, brandished, and discharged a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, a violation of 18 U.S.C. § 1114 as charged in Count One, and in the course of the violation caused the death of Sarah Beckstrom through the use of a firearm in such a manner as to constitute murder as defined in 18 U.S.C. § 1111, in that **Rahmanullah Lakanwal** with malice aforethought, did unlawfully kill Sarah Beckstrom with a firearm.

**(Discharge of Firearm During Crime of Violence and Causing Death of Person Through Use of Firearm**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and (j))

## COUNT SEVEN

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** knowingly used, carried, brandished, and discharged a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, a violation of 18 U.S.C. § 1114 as charged in Count Two.

**(Discharge of Firearm During Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii))

## COUNT EIGHT

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** knowingly used, carried, brandished, and discharged a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, a violation of 18 U.S.C. § 1114 as charged in Count Three.

**(Discharge of Firearm During Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii))

## COUNT NINE

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** knowingly used, carried, brandished, and discharged a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, a violation of 18 U.S.C. § 1114 as charged in Count Four.

**(Discharge of Firearm During Crime of Violence**, in violation of Title 18,
United States Code, Section 924(c)(1)(A)(iii))

## COUNT TEN

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal,** while armed with a firearm, purposely and with deliberate and premeditated malice, killed Sarah Beckstrom by shooting Sarah Beckstrom with a firearm, thereby causing injuries from which Sarah Beckstrom died on or about November 27, 2025.

**(First Degree Murder While Armed (Premeditated)**, in violation of Title 22, District of
Columbia Code, Sections 2101 and 4502 (2001 ed.))

## COUNT ELEVEN

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** did possess a firearm while committing the crime of First Degree Murder as set forth in Count Ten of this Indictment.

**(Possession of a Firearm During Crime of Violence or Dangerous Offense**, in violation of
Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT TWELVE

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal,** while armed with a firearm, assaulted Andrew Wolfe with the intent to kill Andrew Wolfe.

**(Assault with Intent to Kill while Armed**, in violation of Title 22, District of Columbia Code,
Sections 401 and 4502 (2001 ed.))

5

## COUNT THIRTEEN

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** did possess a firearm while committing the crime of Assault with Intent to Kill as set forth in Count Twelve of this Indictment.

**(Possession of a Firearm During Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT FOURTEEN

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal**, while armed with a firearm, assaulted R.R. with the intent to kill R.R.

**(Assault with Intent to Kill while Armed**, in violation of Title 22, District of Columbia Code, Sections 401 and 4502 (2001 ed.))

## COUNT FIFTEEN

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** did possess a firearm while committing the crime of Assault with Intent to Kill as set forth in Count Fourteen of this Indictment.

**(Possession of a Firearm During Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT SIXTEEN

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal**, while armed with a firearm, assaulted E.S. with the intent to kill E.S.

**(Assault with Intent to Kill while Armed**, in violation of Title 22, District of Columbia Code, Sections 401 and 4502 (2001 ed.))

## COUNT SEVENTEEN

On or about November 26, 2025, within the District of Columbia, **Rahmanullah Lakanwal** did possess a firearm while committing the crime of Assault with Intent to Kill as set forth in Count Sixteen of this Indictment.

6

**(Possession of a Firearm During Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## NOTICE OF SPECIAL FINDINGS PURSUANT TO
## 18 U.S.C. §§ 3591 AND 3592

The Grand Jury further finds:

1.    As to Counts One and Six of this Indictment, the defendant, **Rahmanullah Lakanwal**, was 18 years of age or older at the time of the offenses (18 U.S.C. § 3591(a)).

2.    As to Counts One and Six of this Indictment, the defendant, **Rahmanullah Lakanwal**:

     a.    intentionally killed Sarah Beckstrom (18 U.S.C. § 3591(a)(2)(A));

     b.    intentionally inflicted serious bodily injury that resulted in the death of Sarah Beckstrom (18 U.S.C. § 3591(a)(2)(B));

     c.    intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than the participant in the offenses, and Sarah Beckstrom died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

     d.    intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than the participant in the offenses, such that participation in the act constituted a reckless disregard for human life and Sarah Beckstrom died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

     e.    in the commission of the offenses, knowingly created a grave risk of death to one or more other persons in addition to Sarah Beckstrom (18 U.S.C. § 3592(c)(5)); and

     f.    intentionally killed and attempted to kill more than one person in a single criminal episode (18 U.S.C. § 3592(c)(16)).

7

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts One through Nine of this Indictment, the defendant, **Rahmanullah Lakanwal**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Smith & Wesson .357 caliber pistol, serial number DAR3669.

1.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

 a. cannot be located upon the exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third party;

 c. has been placed beyond the jurisdiction of the Court;

 d. has been substantially diminished in value; or

 e. has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

JEANINE FERRIS PIRRO
United States Attorney

By: _____
Jocelyn Ballantine
Deputy Chief, National Security Section

8