**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 1:26-cr-4 (APM)** |
| | : | |
| **RAHMANULLAH LAKANWAL,** | : | ████████ |
| | : | |
| **Defendant.** | : | |

## ORDER TO PROVIDE MEDICAL RECORDS

Having considered the government's motion for access to medical records and access to treatment providers with respect to treatment and diagnostic information in this matter, it is hereby ORDERED that the ████████████████████████ shall provide **for the period commencing on July 8, 2026 and continuing through the duration of the current hospitalization,** the following:

(1)    All medical records, including but not limited to test results/ lab reports, discharge summaries, medical history forms, and images taken during the course of treatment, including x-rays, computerized tomography (CT) scans, and magnetic resonance imaging (MRI) for the individual listed below:

(2)    Access to any treatment provider with information regarding the care, including treatment and diagnostic information for the individual listed below.

Name: Rahmanullah Lakanwal

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

Responsive materials should be provided **FORTHWITH** to Deputy United States Marshall ████████████████████ who may in turn provide them to AUSA Jocelyn Ballantine of the D.C. United States Attorney's Office.

Amit Mehta

Digitally signed by
Amit Mehta
Date: 2026.07.09
13:52:57 -04'00'

Date: _____July 9_____,2026

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

cc: Jocelyn Ballantine
Assistant United States Attorney
United States Attorney's Office
601 D Street NW
Washington, DC 20530

Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue N.W.
Washington, DC 20004