**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 1:26-cr-4 (APM)** |
| | **:** | |
| **RAHMANULLAH LAKANWAL,** | **:** | |
| | **:** | **UNDER SEAL** |
| **Defendant.** | **:** | |

**NOTICE OF FILING**

On July 9, 2026, the Court ordered the government to file redacted versions of ECF Nos. 36, 37, 38, and 39 by 5:00 p.m. on July 9, 2026. The government complied with this order in ECF 40 by filing redacted versions of ECF Nos. 36, 38, and 39. The government hereby attaches a redacted version of ECF No. 37.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:     /s/ *Jocelyn Ballantine*
JOCELYN BALLANTINE (CA Bar No. 208267)
CHRISTOPHER TORTORICE (TX Bar 24048912)
ARIEL L. DEAN (DC Bar No. 90003803)
Assistant United States Attorneys
601 D Street, NW
Washington, D.C. 20530
Office: 202-252-7252
Email: Jocelyn.Ballantine2@usdoj.gov