# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 26-cr-004 (APM) |
| | ) |
| RAHMANULLAH LAKANWAL | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant Federal Public Defender Matthew Farley on behalf of the defendant, Rahmanullah Lakanwal, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____

MATTHEW L. FARLEY
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
matthew_farley@fd.org