**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Criminal No. 1:26-cr-4 (APM)** |
| | : | |
| | : | |
| RAHMANULLAH LAKANWAL | : | **UNDER SEAL** |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the Government's Motion for Order Directing ██████████

██████████ to Provide the Parties Immediate Notice of the Defendant's Refusal of

Nutrition or Treatment or the Initiation of a Medical Capacity Evaluation, and good cause shown,

it is this __16th_ day of ___July_____, 2026, hereby

**ORDERED** that the government's motion is **GRANTED**. It is

**FURTHER ORDERED** that in the event that defendant Rahmanullah Lakanwal refuses

nutrition or medical treatment, or ██████ initiates a Medical Capacity Evaluation of the defendant

(whichever comes first), ██████ must provide below-listed government and defense counsel

notice, at the below-listed phone numbers and email addresses immediately.

Government Counsel
Kacie M. Weston
Chief, Special Proceedings Division
601 D Street, N.W.
Washington, D.C. 20530
(202)252-7509
Kacie.Weston@usdoj.gov

<u>Defense Counsel</u>
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue N.W.
Washington, D.C. 20004
(202)208-7500 Ext 5125
202-465-1720 (Cell)
shelli_peterson@fd.org

It is

**FURTHER ORDERED** that the government's motion and this order are filed **UNDER**

**SEAL**. It is

**SO ORDERED.**

Amit P Mehta
Digitally signed by
Amit P Mehta
Date: 2026.07.16
10:53:49 -04'00'

Hon. Amit P. Mehta
United States District Judge