## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 1:26-cr-4 (APM)** |
| | : | |
| **RAHMANULLAH LAKANWAL,** | : | |
| | : | **UNDER SEAL** |
| **Defendant.** | : | |

### ORDER TO SEAL

Having considered the government's motion to seal, and for good cause stated therein, the Court concludes that there exists a legitimate basis for sealing the unredacted versions of the attached Unopposed Motion for Order Directing ███████████████████ to Provide the Parties Immediate Notice of Defendant's Refusal of Nutrition or Treatment or ████'s Initiation of a Medical Capacity Evaluation, the proposed Order, and the motion and Order to seal.

The government's motion to seal is hereby GRANTED.

It is further ORDERED that the government shall filed redacted versions of these documents on the public record that interpose redactions of information with respect to the location(s) at which defendant is receiving medical treatment and the nature of that treatment.

Date: ___July 16___, 2026

Amit P Mehta
Digitally signed by Amit P Mehta
Date: 2026.07.16 10:54:59 -04'00'

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

cc: Kacie M. Weston
Assistant United States Attorney
United States Attorney's Office
601 D Street NW
Washington, DC 20530

Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue N.W.
Washington, DC 20004