**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 1:26-cr-4 (APM)** |
| | : | |
| | : | |
| **RAHMANULLAH LAKANWAL** | : | **UNDER SEAL** |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR ORDER DIRECTING** ███████
███████████████████████████ **TO PROVIDE THE PARTIES IMMEDIATE**
**NOTICE OF THE DEFENDANT'S REFUSAL OF NUTRITION OR TREATMENT OR**
███████**█████████████████████████████████████████████████**

The United States of America, by and through its medical litigation team and the Principal United States Attorney for the District of Columbia, respectfully files this motion seeking an order from this Court directing ███████████████████████████████████ to provide government counsel for the medical litigation team and defense counsel with immediate notification of the defendant's declination of nutritional and/or medical care or ██████ ████████ ██████████████ of defendant Rahmanullah Lakanwal (whichever comes first), in order to give the parties an opportunity, prior to ███████████████, to litigate whether the defendant must █████████████████████████████████████████████████.

As the Court is aware, throughout the term of defendant's detention, he has routinely refused food and sometimes hydration which has resulted in a substantial deterioration of his health. The government understands that during a ███████████████████████████ ████████████████████████████████████████████████████████████ █████████████████████████████████████████████████ Thereafter on July 8, 2026, defendant, who is committed to the custody of the Attorney General, was █████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████

In the event that defendant refuses nutrition and or medical treatment or that ██████

████████████████████████████████████████, the government may wish to seek a court

order directing that defendant be ████████████████████████████████████████

████████████████ ██████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████

Now, the government medical litigation team requests that this Court order ████████ to

provide the medical litigation team and defense counsel with immediate notice of the defendant's

refusal of treatment or ████████ ████████████████████████████████ before ████████

████████████████████████ in order to give the parties an opportunity to address whether the

Court should order that the defendant be ██████████████████████████████████████

████████████. Should the government medical litigation team seek such an order, the defense

shall be given the opportunity to respond.

The defense has reviewed the government's medical litigation team's motion and does not

oppose the relief sought in the attached order.

Respectfully submitted,

ALICIA M. LONG
Assistant United States Attorney
D.C. Bar Number 1659433
United States Attorney's Office
601 D Street, NW
Washington, DC  20530
Telephone: 202-252-6889
Email: alicia.long@usdoj.gov


 /s/ Kacie M. Weston
KACIE M. WESTON
Chief, Special Proceedings Division
MD Bar
601 D Street, N.W.
Washington, D.C. 20530
(202)252-7509
Kacie.Weston@usdoj.gov


 /s/ Tracy Suhr
TRACY SUHR
Assistant United States Attorney
Special Proceedings Division
NY Bar Member
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6898
Tracy.Suhr@usdoj.gov


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, this 16 day of July 2026, I caused a copy of the foregoing to be served via ECF on counsel of record.

 /s/ Kacie M. Weston
Kacie M. Weston
Assistant United States Attorney

3