**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 1:26-cr-4 (APM)** |
| | : | |
| | : | |
| **RAHMANULLAH LAKANWAL** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the Government's Motion for an Order to Provide Defendant with Nonconsensual Nutritional and Medical Care Necessary to Sustain His Life, and good cause shown, it is this 29th day of August, 2026, hereby

**ORDERED** that the government's motion is **GRANTED**. It is

**FURTHER ORDERED** that the medical staff at [redacted], the Bureau of Prisons, and any treatment providers/facilities where defendant Rahmanullah Lakanwal is housed provide nonconsensual nutrition and medical treatment to defendant while he is in their care, while he refuses nutrition and/or medical treatment, and while such refusal threatens his life by creating an imminent risk of death or if continued refusal would foreseeably cause a deterioration in his condition that if not treated is likely to lead to death, until adequate oral intake of food and liquid and adequate acceptance of medical treatment is achieved and defendant's life is no longer threatened. It is

**FURTHER ORDERED** that in the above circumstances, this order authorizes nonconsensual nasogastric tube feeding, intravenous feeding, and/or feeding through an already-implanted gastrostomy tube as necessary to preserve defendant Rahmanullah Lakanwal's life or to prevent a foreseeable deterioration in his condition that if not treated is likely to lead to death;

replacement, maintenance, and care of defendant's feeding tube when medically necessary; and lab work relating to the administration of nutrition. This order does not authorize a nonconsensual gastrostomy. It is

**SO ORDERED.**

**This Order shall remain in force until October 28, 2026, subject to renewal upon application from the government.**

Amit Mehta

Hon. Amit P. Mehta
United States District Judge