**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 26-04** |
| | : | |
| **RAHMANULLAH LAKANWAL,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Rahmanullah Lakanwal, through counsel, and with the consent of the government, respectfully moves to continue the status conference currently scheduled on September 16, 2026, for approximately 60 days and to exclude the time between then and the next status date from the Speedy Trial Act calculation. The government is continuing to prepare discovery for production and the defense needs time to review that discovery before determining how to proceed. Mr. Lakanwal has suffered medical setbacks and has recently been moved out of the jurisdiction, making it more difficult for his legal team to communicate with him. Defense counsel understands that the government will file an unopposed motion to declare this case complex today. The exclusion of time is appropriate and in the interest of justice as the need for the defense to prepare and for the defendant to participate meaningfully outweighs the public's interest in a speedy trial. The parties are available at the Court's convenience the week of November 16, 2026.

Respectfully submitted,

A. J. KRAMER
Federal Public Defender

_________/s/_________________
MICHELLE PETERSON
Chief Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004