**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 1:26-cr-4 (APM)** |
| | : | |
| **RAHMANULLAH LAKANWAL,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

On August 29, 2026, the court entered an Order authorizing medical personnel to provide nonconsensual nutrition and medical treatment to Defendant Rahmanullah Lakanwal, ECF Nos. 65–66, based on findings made orally at the hearing held on that same day, Hr'g Tr., Jan. 29, 2026, at 12:18–14:4. The Order remained in force until October 28, 2026, and the court extended it by consent until November 13, 2026. Minute Order, Oct. 23, 2026. The government now seeks renewal. *See* Gov't Mot. for a Renewed Order to Provide Def. with Nonconsensual Nutritional and Medical Care Necessary to Sustain His Life, ECF No. 79-2. Having considered the representations made in the government's Motion, as well as Defendant's response, ECF No. 87, the court hereby finds that the circumstances warranting entry of the Order continue to persist and justify its extension for an additional 90 days. The government's motion is therefore **GRANTED**.

It is hereby **ORDERED** that the medical staff at the Bureau of Prisons and any treatment providers/facilities where Defendant is housed provide nonconsensual nutrition and medical treatment to Defendant while he is in their care, while he refuses nutrition and/or medical treatment, and while such refusal threatens his life by creating an imminent risk of death or if continued refusal would foreseeably cause a deterioration in his condition that if not treated is

likely to lead to death, until adequate oral intake of food and liquid and adequate acceptance of medical treatment is achieved and defendant's life is no longer threatened.

It is **FURTHER ORDERED** that in the above circumstances, this order authorizes nonconsensual nasogastric tube feeding, intravenous feeding, and/or feeding through an already-implanted gastrostomy tube as necessary to preserve Defendant's life or to prevent a foreseeable deterioration in his condition that if not treated is likely to lead to death; replacement, maintenance, and care of Defendant's feeding tube when medically necessary; and lab work relating to the administration of nutrition. This order does not authorize a nonconsensual gastrostomy.

**This Order shall remain in force until February 11, 2027, subject to renewal upon application from the government.**

Dated: November 6, 2026

Amit P. Mehta
United States District Judge